Form 7A:10. Motion for default judgment—Court, O'Connor's Federal Civil Forms Form...

WESTLAW © 2025 Thomson Reuters. No claim to original U.S. Government Works.   1

Form 7A:10. Motion for default judgment—Court, O'Connor's Federal Civil Forms Form...

*4:24-05142*

O'Connor's Federal Civil Forms Form 7A:10 (2025 ed.)

United States Courts
Southern District of Texas
FILED

DEC 0 4 2025

Nathan Ochsner, Clerk of Court

O'Connor's Federal Civil Forms

Chapter 7. Disposition Without Trial

Entry of Default & Default Judgment

## Form 7A:10. Motion for default judgment—Court

{ CAPTION—FORM 1B:1}

<u>PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT</u>

Plaintiff asks the Court to render a default judgment against defendant. { See "Motion to court for default judgment," **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6 (2025 ed.).}

*Mercedes A Bufford*
*Ronnie Ray Jarrail*
*Georgia Cox*
*Debra Green*
*Latashia Herd*

### A. INTRODUCTION

1. Plaintiff is { name} ; defendant is { name} .
*Cleveland Jackson Jr / defendant's*

2. On { date} , plaintiff sued defendant for { state basis of suit} .

{ CHOOSE APPROPRIATE PARAGRAPH 3}.

*12-27-2024*  *Civil lawsuit*  *11-21-25*

3. On { date} , plaintiff filed { title of complaint}  with the Court. On { date} , defendant was served with a summons and a copy of plaintiff's complaint by { describe method of service} . A copy of the return of service is attached as Exhibit { letter} . Defendant did not file a responsive pleading or otherwise defend the suit.

3. On { date} , plaintiff filed { title of complaint}  with the Court. On { date} , defendant was served with a notice of commencement of suit and a request for waiver of service of process by { describe method of service} . Defendant signed and returned the waiver, and plaintiff filed the waiver with the Court. A copy of the waiver is attached as Exhibit { letter} . Defendant did not file a responsive pleading or otherwise defend the suit.

4. On { date} , the { clerk/Court}  entered a default against defendant. A copy of the order on entry of default is attached as Exhibit { letter} .

5. Plaintiff now asks the Court to render a default judgment.

### B. ARGUMENT

6. A court may render a default judgment against a party who has not filed a responsive pleading or otherwise defended the suit. *See* Fed. R. Civ. P. 55(a), (b)(2); *United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163–64 (1st Cir. 2004).

7. This Court should render a default judgment against defendant because

{ CHOOSE APPROPRIATE REASON}

▸ defendant did not file a responsive pleading within 21 days after { *date* }, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i). { *See* "Deadlines," **O'Connor's Federal Rules * Civil Trials**, ch. 3-A, § 5 (2025 ed.); *"Defendant did or did not appear,"* **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6.1.2 (2025 ed.).}

▸ defendant, { *the United States/a U.S. officer/a U.S. employee/a U.S. agency* }, did not file a responsive pleading or otherwise defend the suit within 60 days after { *date* }, the date of service. Fed. R. Civ. P. 12(a)(2), (3). { *See* "Deadlines," **O'Connor's Federal Rules * Civil Trials**, ch. 3-A, § 5 (2025 ed.); *"Defendant did or did not appear,"* **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6.1.2 (2025 ed.).}

▸ defendant, after waiving service, did not file a responsive pleading or otherwise defend the suit within { *60/90* } days after { *date* }, the date when the request for waiver of service was sent. Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii). { *See* "Deadlines," **O'Connor's Federal Rules * Civil Trials**, ch. 3-A, § 5 (2025 ed.); *"Defendant did or did not appear,"* **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6.1.2 (2025 ed.).}

▸ defendant did not appear within 14 days after entry of the { *denial/postponement* } of { *his/her/its* } motion to dismiss under Federal Rule of Civil Procedure { *identify rule* }, which defendant filed instead of an answer. The Court signed an order { *denying defendant's motion to dismiss/postponing a ruling on defendant's motion to dismiss until trial* }; the order was entered on { *date* }. Fed. R. Civ. P. 12(a)(4)(A); *see* Fed. R. Civ. P. 55(b)(2). { *See* "Deadlines," **O'Connor's Federal Rules * Civil Trials**, ch. 3-A, § 5 (2025 ed.); *"Defendant did or did not appear,"* **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6.1.2 (2025 ed.).}

▸ defendant did not otherwise defend the suit. Fed. R. Civ. P. 55(a). { *Explain, e.g., defendant made an appearance in the suit but did not file a motion to dismiss.*} { *See* "Deadlines," **O'Connor's Federal Rules * Civil Trials**, ch. 3-A, § 5 (2025 ed.); *"Defendant did or did not appear,"* **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6.1.2 (2025 ed.).}

{ CHOOSE APPROPRIATE PARAGRAPH 8}

8. Defendant is { *a minor/an incompetent person*} and is represented by { *name of guardian, conservator, or other similar representative*}, who has made an appearance in this suit. Fed. R. Civ. P. 55(b)(2). { *See "If defendant is minor or incompetent,"* **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6.1.5 (2025 ed.).}

8. Defendant is not a minor or an incompetent person. Fed. R. Civ. P. 55(b)(2).

9. Defendant { *is/is not/may be*} in military service. *See* 50 U.S.C. § 3931(b)(1). An affidavit of defendant's military status is attached as Exhibit { *letter* }. { *Insert if appropriate: Plaintiff asks the Court to appoint an attorney to represent defendant and protect { his/her } interests.* 50 U.S.C. § 3931(b)(2).} { *See "Military affidavit,"* **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6.2.2 (2025 ed.).}

{ ADD APPROPRIATE PARAGRAPH 10 IF APPLICABLE}

10. Plaintiff is entitled to relief against defendant, { *the United States/a U.S. officer/a U.S. agency*}, because { *state specifically why plaintiff is entitled to relief, addressing each element of the claim, and attach to the motion all evidence supporting the right to relief*}. *See* Fed. R. Civ. P. 55(d); *Ledo Fin. Corp. v. Summers*, 122 F.3d 825, 827 (9th Cir. 1997). { *See "If defendant is United States,"* **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6.1.6 (2025 ed.).}

10. Plaintiff is entitled to relief against defendant, a foreign sovereign, because { *state specifically why plaintiff is entitled to relief, addressing each element of the claim, and attach to the motion all evidence supporting the right to relief*}. *See* 28 U.S.C. § 1608(e); *Com. Bank of Kuwait v. Rafidain Bank*, 15 F.3d 238, 242 (2d Cir. 1994). { *See "If defendant is foreign sovereign,"* **O'Connor's Federal Rules * Civil Trials**, ch. 7-A, § 6.1.7 (2025 ed.).}

{ *CHOOSE APPROPRIATE PARAGRAPH 11*}

11. Plaintiff seeks liquidated damages in the amount of ${ *amount*} , established by the attached affidavit, Exhibit { *letter*} . *See "Affidavit of amount due,"* O'Connor's Federal Rules * Civil Trials, ch. 7-A, § 6.2.1 (2025 ed.).}

11. Plaintiff seeks unliquidated damages in the amount of ${ *amount*} . Plaintiff requests a hearing to present evidence in support of { *his/her/its*} request for damages { *insert if applicable: and reasonable attorney fees*} . { *See "Affidavit of amount due,"* O'Connor's Federal Rules * Civil Trials, ch. 7-A, § 6.2.1 (2025 ed.).}

**C. CONCLUSION** *[handwritten: My Conclusion I will have peace and closure in my life]*

12. { *Briefly summarize the motion.*} For these reasons, plaintiff asks the Court to grant this motion and render a default judgment for the sum of ${ *amount*} , plus costs and interest. *[handwritten: of 40 Million]*

**Notes** *[handwritten: only seeking relief of the defends, did not appear at hearing to defend the suit]*

**See**

Fed. R. Civ. P. 4, 12, 55

28 U.S.C.A. § 1608(e)

50 U.S.C.A. § 3931

"Motion for default judgment," O'Connor's Federal Rules * Civil Trials, ch. 7-A, § 6.1 (2025 ed.)

**Add**

SIGNATURE BLOCK—FORM 1B:2

CERTIFICATE OF SERVICE—FORMS 1D:1 et seq.

**Attach**

AFFIDAVIT—FORM 1B:4 or DECLARATION—FORM 1B:5

MOTION & NOTICE—FORM 1B:12

REQUEST FOR HEARING—FORMS 1E:1 et seq., if necessary—see fourth note below

ORDER—FORM 7A:12, if appropriate under local rules

MILITARY AFFIDAVIT—FORM 7A:13

Copy of original complaint

Copy of return or waiver of service, if necessary

**Note**

The 2024 amendments to Federal Rule of Civil Procedure 12(a) make clear that a federal statute specifying another time supersedes the times to serve a responsive pleading set by paragraphs (a)(2) and (3). *See* 2024 Adv. Cmte. Notes to Fed. R. Civ. P. 12 at ¶ 1, **O'Connor's Federal Rules * Civil Trials**, Appendix I (2025 ed.). Before the amendments, paragraph (a)(1) incorporated that provision, but the structure of subdivision (a) did not seem to extend to paragraphs (a)(2) and (3). 2024 Adv. Cmte. Notes to Fed. R. Civ. P. 12 at ¶ 1, **O'Connor's Federal Rules * Civil Trials**, Appendix I (2025 ed.). The amended structure recognizes the priority of any statute for all of paragraphs (a)(1) to (3). 2024 Adv. Cmte. Notes to Fed. R. Civ. P. 12 at ¶ 1, **O'Connor's Federal Rules * Civil Trials**, Appendix I (2025 ed.).

If the defendant did not appear or otherwise indicate an intent to defend, the defendant is not entitled to notice of the motion for entry of default judgment. *See* Fed. R. Civ. P. 55(b)(2); **Key Bank v. Tablecloth Textile Co.**, 74 F.3d 349, 352–53 (1st Cir.1996). However, the court or local rules may require notice even if the defendant has not appeared. *See, e.g.*, Local Rules N.Y. (E.D. & S.D.), Rule 55.2(a)(3) (party seeking default judgment from clerk must file certificate of service stating that all documents in support of request for default judgment and other required papers have been personally served on or mailed to last known address of party against whom default judgment is sought); Local Rules P.R., Rule 55(a) (motion for default judgment must be mailed to last known address of party against whom damages are sought).

If a default has not been entered, the plaintiff can combine this request with a request for entry of default (FORM 7A:1), asking the court to simultaneously enter default and default judgment. Always request the entry of default and the default judgment in the same document, if possible. Requesting the entry of default separately from the default judgment gives the defendant an opportunity to file an answer or make an appearance before the plaintiff files the request for default judgment. See "Different requests," O'Connor's Federal Rules * Civil Trials, ch. 7-A, § 2.4 (2025 ed.).

The plaintiff should file an affidavit of the amount due. *Cf.* Fed. R. Civ. P. 55(b)(1). Copies of all documents that prove the defendant is in default and the amount of damages should also be attached. *See* **Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Constr., LLC**, 779 F.3d 182, 189 (2d Cir.2015).

The plaintiff should request a hearing when the court will need to (1) conduct an accounting, (2) determine the amount of unliquidated damages, (3) establish the truth of any allegation, or (4) investigate any other matter. *See* Fed. R. Civ. P. 55(b)(2); **Wooten v. McDonald Transit Assocs.**, 788 F.3d 490, 496 (5th Cir.2015); **Cement & Concrete Workers Dist. Council Welfare Fund v. Metro Found. Contractors Inc.**, 699 F.3d 230, 233 (2d Cir.2012). See "Request for hearing," O'Connor's Federal Rules * Civil Trials, ch. 7-A, § 6.1.8 (2025 ed.); "Hearing," O'Connor's Federal Rules * Civil Trials, ch. 7-A, § 6.5 (2025 ed.).

The plaintiff must give the defendant written notice at least seven days before the hearing if the defendant answered (even after a later default), appeared, or took some action that can be construed as an intent to defend. *See* Fed. R. Civ. P. 55(b)(2). See "Notice required," O'Connor's Federal Rules * Civil Trials, ch. 7-A, § 6.3.2 (2025 ed.).

Before using this form, see the notes accompanying the general form for a motion (FORM 1B:12) and the general form for a memorandum (FORM 1B:13).

Westlaw. © 2025 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

**End of Document**                                                                 © 2025 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2025 Thomson Reuters. No claim to original U.S. Government Works.                                            1